428 A.2d 261

Commonwealth v. Boofer, Appellant.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

 Argued November 13, 1979. William D. Kemper, for appellant; David L. Cook, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.